**Order filed July 27, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00305-CV
_____

### JERLENE BATISTE, Appellant

### V.

### CARLA ARMAUND; KINGWOOD PINES HOSPITAL, LLC; RAYMOND BATISTE; AND JERRI SETHNA, MD, Appellees

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1153306-102**

## ORDER

No reporter's record has been filed in this case. On June 23, 2021, the court reporter informed this court the reporter's record had not been requested or paid for. We will consider and decide those issues that do not require a reporter's record unless appellant, within fifteen days of the date of this order, provides this court with proof that (1) a request to prepare the reporter's record has been made; and (2) arrangements to pay for the reporter's record have been made. *See* Tex. R. App.

P. 37.3(c). If appellant does not provide this court with such proof, appellant's brief in this appeal will be due forty-five days from the date of this order, or 30 days after the clerk's record is provided to this court, whichever is later.


PER CURIAM


Panel Consists of Justices Bourliot, Poissant, and Wilson.